# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00283-CV

**J. D. S., Appellant**

**v.**

**Greg Abbott, Attorney General of the State of Texas, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-AG-12-001271,
HONORABLE ANGELITA MENDOZA WATERHOUSE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On October 4, 2013, this Court dismissed this appeal for want of prosecution. On October 21, 2013, appellant filed a motion for rehearing, notifying this Court that she had paid for the clerk's record. This Court also has received the clerk's record, and the Attorney General has filed a response stating that the Attorney General has no objection to the motion for rehearing. Accordingly, we withdraw our opinion dismissing the appeal for want of prosecution and reinstate the appeal.

It is ordered October 31, 2013.

Before Justices Puryear, Rose, and Goodwin